JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12

Fernanda Guzman

                    Plaintiff,

13    v.

14    California Department of Corrections
and Rehabilitation et al

15

                    Defendants.

16
17

Case No.  ED CV 13-01175-AB (DTBx)

ORDER DISMISSING CIVIL ACTION

18         THE COURT having been advised that the above-entitled action has been

19    settled;

20         IT IS THEREFORE ORDERED that this action is hereby dismissed without

21    costs and without prejudice to the right, upon good cause shown within **30 days,** to re-

22    open the action if settlement is not consummated.  This Court retains full jurisdiction

23    over this action and this Order shall not prejudice any party to this action.

24
25
26    Dated:  December 18, 2015      _____

27                                   ANDRÉ BIROTTE JR.
                                     UNITED STATES DISTRICT COURT JUDGE
28